1   Juanita Brooks (CA Bar No. 75934/brooks@fr.com)
    Seth M. Sproul (CA Bar No. 217711/sproul@fr.com)
2   FISH & RICHARDSON P.C.
    12390 El Camino Real
3   San Diego, CA 92130
    Telephone: (858) 678-5070
4   Facsimile: (858) 678-5099

5   David J. Miclean (CA Bar No. 115098/miclean@fr.com)
    Christina D. Jordan (CA Bar No. 245944/cjordan@fr.c0m)
6   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
7   Redwood City, CA 94063
    Telephone: (650) 839-5070
8   Facsimile:  (650) 839-5071

9   Attorneys for Plaintiff
    GOOGLE INC.

10

11  James Pooley (CA Bar No. 58041/jpooley@mofo.com)
    L. Scott Oliver (CA Bar No. 174824/soliver@mofo.com)
12  MORRISON & FOERSTER LLP
    755 Page Mill Road
13  Palo Alto, CA  94304-1018
    Telephone:  (650) 813-5600
14  Facsimile:  (650) 494-0792

15  Attorneys for Defendant
    NETLIST, INC.

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    (OAKLAND DIVISION)

20

| 21 | GOOGLE INC., | Case No. C 08-04144 SBA |
|----|--------------|-------------------------|
| 22 | Plaintiff, | **STIPULATION AND ORDER SELECTING ADR PROCESS** |
| 23 | v. | |
| 24 | NETLIST, INC., | |
| 25 | Defendant. | |
| 26 | | |
| 27 | AND RELATED COUNTERCLAIMS. | |
| 28 | | |

1

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

    \_    Non-binding Arbitration (ADR L.R. 4)

    \_    Early Neutral Evaluation (ENE) (ADR L.R. 5)

    \_    Mediation (ADR L.R. 6)

*(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

    _X_    Private ADR (please identify process and provider):  Mediation

The parties agree to hold the ADR session by:

    _X_    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    \_    other requested deadline

Dated: _12/11/08_____       /s/ David J. Miclean_____
                                           Attorneys for Plaintiff

Dated: _12/12/08_____       /s/ L. Scott Oliver_____
                                           Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    \_    Non-binding Arbitration

    \_    Early Neutral Evaluation (ENE)

    \_    Mediation (ADR L.R. 6)

    _X_    Private ADR

Deadline for ADR session

    <u>X</u>    90 days from the date of this order.

    _    other

IT IS SO ORDERED.

Dated:  12/17/08

_____
UNITED STATES DISTRICT JUDGE

50623294.doc

STIPULATION AND [PROPOSED] ORDER SELECTING ADR
PROCESS – Case No. C 08-04144 SBA