UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,

Plaintiff(s),

v.

NETLIST, INC.,

Defendant(s).

Case No.  C08-04144 SBA ( JCS)

**ORDER GRANTING DEFENDANT'S REQUEST FOR PRODUCTION NO. 12 FOR INSPECTION OF A FUNCTIONING GOOGLE SERVER [Docket No. 27]**

On May 19, 2009, the parties filed a Joint Letter Brief re: Netlist's Request for Production No. 12 for inspection of a functioning Google server (the "Joint Letter Brief").

On May 29, 2009, a telephonic hearing was held on the Joint Letter Brief.  Christina Jordan, and David Miclean, counsel for Plaintiff, appeared.  Jim Pooley, and Daniel Zlatnik, counsel for Defendant, appeared.

IT IS HEREBY ORDERED that the request of Defendant in the Joint Letter Brief to inspect a functioning server on an attorneys' eyes only basis is GRANTED.  The parties are directed to meet and confer on the protocol for the inspection, and submit a proposed order containing the agreed upon protocol to the Court within the next ten (10) days.  If there are any unresolved issues regarding the protocol they shall be submitted to the Court in a joint letter brief at that time.

IT IS SO ORDERED.

Dated:  May 29, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge