1 | Juanita Brooks (CA Bar No. 75934/brooks@fr.com)
Seth M. Sproul (CA Bar No. 217711/sproul@fr.com)
2 | FISH & RICHARDSON P.C.
12390 El Camino Real
3 | San Diego, CA 92130
Telephone: (858) 678-5070
4 | Facsimile:  (858) 678-5099

5 | David J. Miclean (CA Bar No. 115098/miclean@fr.com)
Christina D. Jordan (CA Bar No. 245944/cjordan@fr.com)
6 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
7 | Redwood City, CA 94063
Telephone: (650) 839-5070
8 | Facsimile:  (650) 839-5071

9 | Attorneys for Plaintiff
GOOGLE INC.
10

James Pooley (CA Bar No. 58041/Jpooley@mofo.com)
11 | L. Scott Oliver (CA Bar No. 174824/soliver@mofo.com)
Daniel A. Zlatnik (CA Bar No. 259690/dzlatnik@mofo.com)
12 | MORRISON & FOERSTER LLP
755 Page Mill Road
13 | Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
14 | Facsimile:  (650) 494-0792

15 | Attorneys for Defendant
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| GOOGLE INC., | Case No.   08-04144 SBA |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND  ORDER DISMISSING COUNT OF CONTRIBUTORY INFRINGEMENT WITHOUT PREJUDICE** |
| v. | |
| NETLIST, INC., | |
| Defendant. | |

1    WHEREAS Plaintiff Google Inc. ("Google") and Defendant Netlist, Inc. ("Netlist") wish
2 to dismiss their respective contributory infringement claims and counterclaims with regard to U.S.
3 Patent No. 7,289,386 ("the '386 Patent"), which are now pending in the action entitled Google
4 Inc. v. Netlist, Inc., Case No. 08-04144 SBA;
5    IT IS HEREBY THEREFORE STIPULATED by and between Google and Netlist,
6 through their respective counsel of record, that pursuant to Rule 15(a) of the Federal Rules of Civil
7 Procedure, all contributory infringement claims and counterclaims made under the '386 Patent
8 shall be dismissed without prejudice.  *See Gronholz v. Sears, Roebuck & Co.*, 836 F.2d 515, 517-
9 18 (Fed. Cir. 1987) (noting that voluntary dismissal of fewer than all claims in an action is treated
10 as an amendment of the pleadings pursuant to Fed. R. Civ. Proc. 15).  This stipulation has no
11 effect upon any other claims or counterclaims arising under the '386 Patent asserted in this action.

12 Dated:  June 12, 2009                           MORRISON & FOERSTER LLP

14                                                By:  */s/ L. Scott Oliver*
                                                       L. SCOTT OLIVER

                                                       Attorneys for Defendant
16                                                     NETLIST, INC.

17 Dated:  June 12, 2009                           FISH & RICHARDSON P.C.

19                                                By:  */s/Christina D. Jordan*
                                                       CHRISTINA D. JORDAN

                                                       Attorneys for Plaintiff
21                                                     GOOGLE, INC.

22  50656274.doc

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from L. Scott Oliver.

Dated: June 12, 2009                FISH & RICHARDSON P.C.


By: */s/Christina D. Jordan*
    CHRISTINA D. JORDAN

Attorneys for Plaintiff
GOOGLE, INC.


**IT IS SO ORDERED.**

All contributory infringement claims and counterclaims made under the '386 Patent shall be dismissed without prejudice.  This order has no effect upon any other claims or counterclaims arising under the '386 Patent asserted in this case.


Dated: June 15, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

50656274.doc