Juanita Brooks (CA Bar No. 75934/brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David J. Miclean (CA Bar No. 115098/miclean@fr.com)
Christina D. Jordan (CA Bar No. 245944/cjordan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
GOOGLE INC.

James Pooley (CA Bar No. 58041/Jpooley@mofo.com)
L. Scott Oliver (CA Bar No. 174824/soliver@mofo.com)
Daniel A. Zlatnik (CA Bar No. 259690/dzlatnik@mofo.com)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant
NETLIST, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., | Case No. 08-04144 SBA |
| Plaintiff, | **JOINT INSPECTION PROTOCOL AND [PROPOSED] ORDER** |
| v. | |
| NETLIST, INC., | |
| Defendant. | |

WHEREAS this Court granted Defendant Netlist, Inc.'s ("Netlist") request to inspect a functioning server of the type used in Plaintiff Google Inc.'s ("Google") data centers and utilizing the accused 4-rank FBDIMMs on an attorneys' eyes only basis, and directed the parties to meet and confer on the inspection protocol and submit a proposed order containing the agreed upon protocol to the Court;

IT IS HEREBY THEREFORE STIPULATED by and between Google and Netlist, through their respective counsel of record, that Netlist's inspection of Google's server will adhere to the following inspection protocol.  Netlist will perform the following steps in its inspection:

1.    Obtain information about the server's platform, including:

    a.    Memory controller hub information (vendor and model) for the platform;

    b.    Number of DIMM sockets per board for the platform;

    c.    BIOS information (manufacturer, version, and last update date) for the platform;

2.    Obtain information about the FBDIMM, including:

    a.    AMB manufacturer and part number/revision number;

    b.    Memory density, number of DRAMs per module, number of AMBs

    c.    DRAM information (part number and organization);

3.    Use the provided serial console interface to verify that the memory reported by the system includes all four ranks of memory devices on the installed FBDIMMs;

4.    Read and write to the AMB Registers outlined in the JEDEC FBDIMM AMB specification in order to:

    a.    verify that on start-up the memory controller hub activates Mode C;

    b.    verify system memory utilization;

    c.    de-activate Mode C

5.    Observe power consumption by the FBDIMM installed on the server.  To do this, Netlist will:

JOINT INSPECTION PROTOCOL AND [PROPOSED] ORDER
Case No. 08-04144 SBA

a.   unplug the power lines running to the server and to the memory modules, connect those power lines into an oscilloscope or voltmeter, and plug the output from the scope or voltmeter into the server or memory module;

b.   measure the voltage and/or current consumed by the FBDIMM produced by Google while the server operates in Mode C, and also while the server operates with Mode C deactivated;

c.   disconnect the FBDIMM produced by Google from the server;

d.   as above, measure the voltage and/or current consumed in Mode C and non-Mode C by commercially available FBDIMMs to be provided by Netlist; to do this, Netlist will disconnect the Google FBDIMM from the slot in which it is installed and install into the server commercially available FBDIMMs having each of the following configurations (rank/bit width): 2-rank/x4, 2-rank/x8, 4-rank/x4, 4-rank/x8; and

e.   return the server and FBDIMM to their original condition.

6.   Monitor thermal characteristics of the server while operating in Mode C and non-Mode C using an infrared thermometer; during this monitoring, Netlist will run a computationally intensive program (which Google may propose) to exercise the CPU and memory;

7.   Photograph the server and the memory modules, including the memory controller hub and connections to the FBDIMMs, subject to the following conditions:

a.   the maximum number of photographs taken will be twenty (20), excluding those not retained because of poor quality;

b.   the photographs shall be designated Confidential – Attorneys Eyes Only under the Protective Order;

c.   the Protective Order will be amended to include a provision specific to photographs similar to the current provisions applicable to source code and limiting to ten (10) the

3

total number of Netlist representatives who will be permitted to view or possess copies of the photographs;

        d.     Netlist will maintain a log identifying the chain of custody for each photograph taken, including identifying where each photograph is stored, any individuals to whom it is transmitted, the date(s) of any such transmissions, and where each transmitted photograph is stored (e.g., personal computer of a named individual, directory on a shared server, etc.).

        IT IS FURTHER STIPULATED by and between Netlist and Google, through their counsel of record, as follows:

        1.     The server provided by Google will be functionally representative of servers using the allegedly infringing 4-rank FBDIMM memory modules in Google's data centers, in that it will allow Netlist to operate the allegedly infringing 4-rank FBDIMM memory module in a manner functionally representative of the memory module as used in servers in Google's data centers.

        2.     The server will have a command line interface allowing Netlist to read and write to the memory registers and verify the system memory available.

        3.     The inspection will take place at the offices of Fish & Richardson P.C., at 500 Arguello St., Suite 500, Redwood City, California 94063.  Two Google representatives must be present at the inspection, including a legal representative and a technical representative, and the inspection will be videotaped.  Netlist will be provided with a private break-out room.

        4.     Netlist will not conduct any inspection that poses, in part or in whole, a reasonable likelihood of damaging Google's server or FBDIMM.

        5.     Netlist will provide model numbers of the commercially available FBDIMMs it intends to use in its inspection to Google as soon as possible, and no later than five (5) business days before the inspection.

        6.     In the event that technical information currently unknown to the parties renders the protocol detailed above technically unfeasible or unreasonably difficult, the parties agree to meet and confer in order to amend this agreement to appropriately address such difficulties.

7.    The protocol detailed above delineates the outer limits of Netlist's permissible inspection of Google's server.

Dated:  June 24, 2009                          MORRISON & FOERSTER LLP


                                               By:  */s/ Daniel A. Zlatnik*
                                                    DANIEL A. ZLATNIK

                                                    Attorneys for Defendant
                                                    NETLIST, INC.

Dated:  June 24, 2009                          FISH & RICHARDSON P.C.


                                               By:  */s/ Christina D. Jordan*
                                                    CHRISTINA D. JORDAN

                                                    Attorneys for Plaintiff
                                                    GOOGLE INC.



## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Daniel A. Zlatnik.


Dated:  June 24, 2009                          FISH & RICHARDSON P.C.


                                               By:  */s/ Christina D. Jordan*
                                                    Christina D. Jordan

                                                    Attorneys for Plaintiff
                                                    GOOGLE INC.

50659305.DOC

JOINT INSPECTION PROTOCOL AND [~~PROPOSED~~] ORDER
Case No. 08-04144 SBA

IT IS SO ORDERED.

Dated: June ___25___, 2009



Judge Joseph C. Spero

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

50659305.DOC

JOINT INSPECTION PROTOCOL AND [PROPOSED] ORDER
Case No. 08-04144 SBA