1 | Juanita Brooks (CA Bar No. 75934/brooks@fr.com)
FISH & RICHARDSON P.C.
2 | 12390 El Camino Real
San Diego, CA 92130
3 | Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David J. Miclean (CA Bar No. 115098/miclean@fr.com)
Christina D. Jordan (CA Bar No. 245944/cjordan@fr.com)
Shelley K. Mack (CA Bar No. 209596/mack@fr.com)
Robert J. Kent (CA Bar No. 250905/rjkent@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
GOOGLE INC.

Adrian M. Pruetz (CA Bar No. 118215)
ampruetz@pruetzlaw.com)
Erica J. Pruetz (CA Bar. No. 227712)
ejpruetz@pruetzlaw.com
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Telephone: (310) 765-7650
Facsimile: (310) 765-7641

Attorneys for Defendant
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | Case No. 08-04144 SBA <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONFIRMING DEPOSITION DATES OF JAYESH BHAKTA AND JEFFREY SOLOMON** |

1

JOINT STIPULATION AND [PROPOSED] ORDER
CONFIRMING DEPOSITION DATES OF
JAYESH BHAKTA AND JEFFREY SOLOMON
Case No. 08-04144 SBA

1   IT IS HEREBY STIPULATED and confirmed by and between Google Inc. and Netlist,
2   Inc., through their respective counsel of record, that the depositions of Jayesh Bhakta and Jeffrey
3   Solomon will take place as noticed on August 13, 2009 and August 14, 2009, respectively; and
4   IT IS HEREBY FURTHER STIPULATED by Google that, in light of the parties'
5   stipulation confirming the above deposition dates, Google withdraws its motion to compel Netlist
6   to present Messrs. Bhakta and Solomon for deposition, which motion is currently pending before
7   Judge Spero.

9   Dated: July 28, 2009                PRUETZ LAW GROUP LLP

11                                      By: _____
                                             ADRIAN M. PRUETZ

                                        Attorneys for Defendant
13                                      NETLIST, INC.

14  Dated: July 28, 2009                FISH & RICHARDSON P.C.

16                                      By: /s/ Christina D. Jordan
                                             CHRISTINA D. JORDAN

                                        Attorneys for Plaintiff
18                                      GOOGLE, INC.

50665215.doc

2                               JOINT STIPULATION AND [PROPOSED] ORDER
                                CONFIRMING DEPOSITION DATES OF
                                JAYESH BHAKTA AND JEFFREY SOLOMON
                                Case No. 08-04144 SBA

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian M. Pruetz.

Dated: July 28, 2009                    FISH & RICHARDSON P.C.

By: /s/ Christina D. Jordan
CHRISTINA D. JORDAN

Attorneys for Plaintiff
GOOGLE, INC.

**IT IS SO ORDERED.**

Dated: 7/31, 2009



Judge Joseph C. Spero
HON.
United States Magistrate Judge