FILED
AUG 10 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1 | **PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
2 | ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. 227712)
3 | ejpruetz@pruetzlaw.com
4 | 200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
5 | Phone: 310.765.7650
Fax: 310.765.7641
6
7 | **LEE TRAN & LIANG APLC**
Enoch H. Liang (Bar No. 212324)
8 | ehl@ltlcounsel.com
Steven R. Hansen (Bar No. 198401)
9 | srh@ltlcounsel.com
10 | 601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
11 | Phone: 213.612.3737
12 | Fax: 213.612.3773

13 | Attorneys for Defendant and
Counterclaimant
14 | Netlist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., | CASE NO. C-08-04144 SBA |
| Plaintiff, | NOTICE OF CHANGE IN COUNESL |
| v. | |
| NETLIST, INC., | |
| Defendant. | |

Defendant and Counterclaimant Netlist, Inc. ("Netlist") hereby notifies the Court of its change in counsel. Pruetz Law Group LLP, 200 N. Sepulveda Blvd., Suite 1525, El Segundo, California 90245, telephone no. (310) 765-7650, facsimile no. (310) 765-7641; and Lee Tran & Liang APLC, 601 S. Figueroa Street, Suite 4025, Los Angeles, California 90017, telephone number (213) 612-3737, facsimile no. (213) 612-3773 will serve as attorneys of record for Netlist, Inc. in place of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304, telephone no. (650) 813-5600, facsimile no. (650) 494-0792.

DATED: 8/3, 2009    NETLIST, INC.

By _____
C.K. Hong
Chief Executive Officer

DATED: 8/3, 2009    PRUETZ LAW GROUP LLP

By _____
Adrian M. Pruetz
Attorneys for Defendant
NetList, Inc

WE CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 7/31, 2009    MORRISON & FOERSTER LLP

By _____
L. Scott Oliver

## ATTESTATION OF E-FILED SIGNATURES

I, Adrian M. Pruetz, attest that L. Scott Oliver has read and approved the NOTICE OF CHANGE IN COUNSEL and consents to its filing in this action. I will maintain an executed copy of this document in our files that can be made available for inspection upon request.

By /s/ Adrian M. Pruetz
_____
Adrian M. Pruetz

**SO ORDERED.**

DATED:

8-10-09

By _____
Hon. Saundra Brown Armstrong
United States District Judge

-2-