David J. Miclean (CA Bar No. 115098/miclean@fr.com)
Shelley K. Mack (CA Bar No. 209596/mack@fr.com)
Robert J. Kent (CA Bar No. 250905/rjkent@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Juanita Brooks (CA Bar No. 75934/brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.   08-04144 SBA <br><br> **ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL GOOGLE INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND EXHIBIT 2 TO THE DECLARATION OF DAVID J. MICLEAN IN SUPPORT THEREOF** <br><br> Date:  November 12, 2009 <br> Time:  9:00 a.m. <br> Place:  Courtroom 3, 3rd Floor <br> Judge:  Hon. Saundra Brown Armstrong |

1    Plaintiff and Counterdefendant Google Inc. ("Google") has submitted an administrative
2    request to seal its Responsive Claim Construction Brief and Exhibit 2 to the Declaration of David
3    J. Miclean in support thereof.  The request is made on the basis that the documents sought to be
4    sealed contain witness testimony designated by Defendant and Counterclaimant Netlist, Inc.
5    ("Netlist") as Highly Confidential -- Attorneys' Eyes Only pursuant to the Protective Order
6    entered in this action (Dkt. No. 25, April 27, 2009).

   Good cause appearing, the Court orders that Google's Responsive Claim Construction Brief and Exhibit 2 to the Declaration of David J. Miclean In Support Of Google's Responsive Claim Construction Brief be filed under seal.

   IT IS SO ORDERED.

DATED: 9/22/09

_____
The Hon. Saundra Brown Armstrong
United States District Judge

#50670082