1  TIMOTHY T. SCOTT (SBN 126971)
   tscott@kslaw.com
2  GEOFFREY M. EZGAR (SBN 184243)
   gezgar@kslaw.com
3  LEO SPOONER III (SBN 241541)
   lspooner@kslaw.com
4  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
5  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
6  Facsimile: (650) 590-1900

7  Attorneys for Plaintiff
   GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETLIST, INC.,<br><br>　　　　Defendant. | Civil Action No. C08 04144 SBA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |

## NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

Please take notice that plaintiff GOOGLE INC., hereby substitutes Timothy T. Scott, Geoffrey M. Ezgar, and Leo Spooner III of the law firm of King & Spalding LLP as attorneys of record in the place and stead of David J. Miclean, Howard G. Pollack, Jason W. Wolff, Juanita R. Brooks, Robert J. Kent, Jr. and Shelley K. Mack of the law firm of Fish & Richardson, located at 12390 El Camino Real, San Diego, CA 92130 and 500 Arguello Street, Suite 500, Redwood City, CA 94063.

Copies of all further notices, papers, pleadings, and orders filed or served upon plaintiff should be sent to the undersigned at:

> Timothy T. Scott
> Geoffrey M. Ezgar
> Leo Spooner III
> KING & SPALDING LLP
> 333 Twin Dolphin Drive, Suite 400
> Redwood Shores, CA 94065
> Telephone: (650) 590-0700
> Facsimile: (650) 590-1900
> tscott@kslaw.com
> gezgar@kslaw.com
> lspooner@kslaw.com

Plaintiff has been given proper notice pursuant to Civil Local rule 11-5 and further consents to the above substitution.

DATED: January 21, 2010.        GOOGLE INC.

                                By: /s/ Chester Day
                                    Chester Day

I have been given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

DATED: January 21, 2010     FISH & RICHARDSON P.C.


By: /s/ Shelley K. Mack
    Shelley K. Mack
    David J. Miclean
    Howard G. Pollack
    Jason W. Wolff
    Juanita R. Brooks
    Robert J. Kent, Jr.


The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

DATED: January 21, 2010     KING & SPALDING


By: /s/ Geoffrey M. Ezgar
    Timothy T. Scott
    Geoffrey M. Ezgar
    Leo Spooner III

I hereby certify that Chester Day and Shelley K. Mack concur in the e-filing of this document.

Dated: January 21, 2010


/s/ Geoffrey M. Ezgar
Geoffrey M. Ezgar

**[Proposed] Order**

The Court hereby approves the substitution of Timothy T. Scott, Geoffrey M. Ezgar, and Leo Spooner III of the law firm of King & Spalding LLP as counsel for Plaintiff in the place and stead of David J. Miclean, Howard G. Pollack, Jason W. Wolff, Juanita R. Brooks, Robert J. Kent, Jr. and Shelley K. Mack of the law firm of Fish & Richardson, located at 12390 El Camino Real, San Diego, CA 92130 and 500 Arguello Street, Suite 500, Redwood City, CA 94063.

Copies of all further notices, papers, pleading, and order filed or served upon plaintiff, should be sent to:

Timothy T. Scott
Geoffrey M. Ezgar
Leo Spooner III
KING & SPALDING LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900
tscott@kslaw.com
gezgar@kslaw.com
lspooner@kslaw.com

Dated: 1-22, 2010

Hon. Saundra B. Armstrong
Judge of the District Court