TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com)
SUSAN KIM (*pro hac vice*/skim@kslaw.com)
MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Defendant, GOOGLE INC.

Adrian M. Pruetz (CA Bar No. 118215/ampruetz@pruetzlaw.com)
Erica J. Pruetz (CA Bar No. 227712/ejpruetz@pruetzlaw.com)
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California 90245
Telephone: 310.765.7650
Facsimile: 310.765.7641

Steven R. Hansen (CA Bar No. 198401/srh@ltlcounsel.com)
Enoch H. Liang (CA Bar No. 212324/ehl@ltlcounsel.com)
LEE, TRAN & LIANG APLC
601 S. Figueroa St., Ste. 4025
Los Angeles, California 90017
Telephone: 213.612.3737
Facsimile: 213.612.3773

Attorneys for Plaintiff, NETLIST, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br>Defendant. | Case No.   09-05718 SBA<br><br>Related to:  08-04144 SBA<br><br>**STIPULATION AND ORDER RE SETTLEMENT CONFERENCE** |

| | |
|---|---|
| 1 | WHEREAS, on February 2, 2010 the Court issued an Order Denying Joint Motion to |
| 2 | Consolidate, wherein the Court required the parties file a joint statement and proposed order |
| 3 | specifying whether they preferred to have both Google Inc. v. Netlist, Inc., Case No. 08-4144, |
| 4 | and Netlist, Inc. v. Google Inc., Case No. 09-5718 ( "the Cases") referred to a Magistrate Judge |
| 5 | for an early settlement conference or proceed before a private mediator; |
| 6 | WHEREAS, the parties have met and conferred on the issue; |
| 7 | IT IS HEREBY STIPULATED THAT: |
| 8 | 1. The parties elect to have the Cases referred to a Magistrate Judge for an early settlement |
| 9 | conference; |
| 10 | 2. While the parties are in agreement that such settlement conference should proceed |
| 11 | before a Magistrate Judge, they have not yet reached agreement on the specific Magistrate Judge |
| 12 | to handle such settlement conference. The parties intend to continue to meet and confer on this |
| 13 | issue and will report back to the Court no later than Monday, February 22, 2010. |

Dated: February 16, 2010

ADRIAN M. PRUETZ
PRUETZ LAW GROUP LLP


By: /s/ Adrian M. Pruetz
    ADRIAN M. PRUETZ

Attorneys for Plaintiff
NETLIST, INC.

Dated: February 16, 2010

KING & SPALDING LLP


By: /s/ Geoffrey M. Ezgar
    GEOFFREY M. EZGAR

Attorneys for Defendant
GOOGLE INC.

# **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Pruetz.

Dated: February 16, 2010     KING & SPALDING LLP

By: /s/ Geoffrey M. Ezgar
    GEOFFREY M. EZGAR

Attorneys for Defendant
GOOGLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 17, 2010

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge