TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com)
SUSAN KIM (*pro hac vice*/skim@kslaw.com)
MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Defendant, GOOGLE INC.

Adrian M. Pruetz (CA Bar No. 118215/ampruetz@pruetzlaw.com)
Erica J. Pruetz (CA Bar No. 227712/ejpruetz@pruetzlaw.com)
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California  90245
Telephone: 310.765.7650
Facsimile: 310.765.7641

Steven R. Hansen (CA Bar No. 198401/srh@ltlcounsel.com)
Enoch H. Liang (CA Bar No. 212324/ehl@ltlcounsel.com)
LEE, TRAN & LIANG APLC
601 S. Figueroa St., Ste. 4025
Los Angeles, California  90017
Telephone: 213.612.3737
Facsimile: 213.612.3773

Attorneys for Plaintiff, NETLIST, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., | Case No.   09-05718 SBA |
| Plaintiff, | Related to:  08-04144 SBA |
| v. | **STIPULATION AND ORDER RE SETTLEMENT CONFERENCE** |
| GOOGLE INC., | |
| Defendant. | |

1    WHEREAS, on February 2, 2010 the Court issued an Order Denying Joint Motion to Consolidate, wherein the Court required the parties file a joint statement and proposed order specifying whether they preferred to have both Google Inc. v. Netlist, Inc., Case No. 08-4144, and Netlist, Inc. v. Google Inc., Case No. 09-5718 ( "the Cases") referred to a Magistrate Judge for an early settlement conference or proceed before a private mediator;

WHEREAS, the parties have met and conferred on the issue;

IT IS HEREBY STIPULATED THAT:

1. The parties elect to have the Cases referred to a Magistrate Judge for an early settlement conference;

2. While the parties are in agreement that such settlement conference should proceed before a Magistrate Judge, they have not yet reached agreement on the specific Magistrate Judge to handle such settlement conference. The parties intend to continue to meet and confer on this issue and will report back to the Court no later than Monday, February 22, 2010.

Dated: February 16, 2010

ADRIAN M. PRUETZ
PRUETZ LAW GROUP LLP

By: /s/ Adrian M. Pruetz
    ADRIAN M. PRUETZ

Attorneys for Plaintiff
NETLIST, INC.

Dated: February 16, 2010

KING & SPALDING LLP

By: /s/ Geoffrey M. Ezgar
    GEOFFREY M. EZGAR

Attorneys for Defendant
GOOGLE INC.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Pruetz.

Dated:  February 16, 2010         KING & SPALDING LLP


                                  By: /s/ Geoffrey M. Ezgar
                                      GEOFFREY M. EZGAR

                                  Attorneys for Defendant
                                  GOOGLE INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 17, 2010

                                  _____
                                  Saundra Brown Armstrong
                                  United States District Judge

3