TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (pro hac vice/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (pro hac vice/aaltersohn@kslaw.com)
SUSAN KIM (pro hac vice/skim@kslaw.com)
MARK H. FRANCIS (pro hac vice/mfrancis@kslaw.com)
DANIEL MILLER (pro hac vice/dmiller@kslaw.com)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Plaintiff, GOOGLE INC.

Adrian M. Pruetz (CA Bar No. 118215/ampruetz@pruetzlaw.com)
Erica J. Pruetz (CA Bar No. 227712/ejpruetz@pruetzlaw.com)
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California  90245
Telephone: 310.765.7650
Facsimile: 310.765.7641

Steven R. Hansen (CA Bar No. 198401/srh@ltlcounsel.com)
Enoch H. Liang (CA Bar No. 212324/ehl@ltlcounsel.com)
LEE, TRAN & LIANG APLC
601 S. Figueroa St., Ste. 4025
Los Angeles, California  90017
Telephone: 213.612.3737
Facsimile: 213.612.3773

Attorneys for Defendant, NETLIST, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GOOGLE INC., | Case No.   08-04144 SBA |
| Plaintiff, | Related to: 09-5718 SBA |
| v. | **NOTICE OF STIPULATION TO SELECT MAGISTRATE JUDGE ELIZABETH D. LAPORTE FOR EARLY SETTLEMENT CONFERENCE** |
| NETLIST, INC., | |
| Defendant. | |

1     WHEREAS, on February 16, 2010 the parties filed a Stipulation Re Settlement
2  Conference, in which they agreed that the early settlement conference should proceed before a
3  Magistrate Judge and further agreed to meet and confer further as to selection of a specific
4  Magistrate Judge and to report back to the Court no later than Monday, February 22, 2010;
5     WHEREAS, the parties have met and conferred on the issue;
6     WHEREAS, on February 22, 2010, the Court referred the case to Magistrate Judge Maria-
7  Elena James for an early settlement conference;
8     WHEREAS, on February 22, 2010 the parties submitted a Stipulation and Proposed Order
9  to have the case referred to Magistrate Judge Patricia V. Trumbull for an early settlement
10 conference;
11    WHEREAS, the parties were informed by the Clerk of the Court shortly thereafter that
12 Judge Trumbull could not hear the matter; and
13    WHEREAS, the parties have further met and conferred on the issue.
14    WHEREFORE, IT IS HEREBY STIPULATED THAT:
15    1. The parties elect to have the Cases referred to Magistrate Judge Elizabeth D. Laporte
16 for an early settlement conference.
17
18  Dated:  March 2, 2010                    KING & SPALDING LLP
19
20                                           By:  /s/ Geoffrey M. Ezgar
                                                  GEOFFREY M. EZGAR
21
22                                                Attorneys for Plaintiff
                                                  GOOGLE INC.
23
24
25
26
27
28

STIPULATION RE EARLY SETTLEMENT CONFERENCE         2         CASE NO. C08-04144 SBA

| | |
|---|---|
| Dated: March 2, 2010 | ADRIAN M. PRUETZ<br>PRUETZ LAW GROUP LLP |
| | By: /s/ Adrian M. Pruetz<br>    ADRIAN M. PRUETZ |
| | Attorneys for Defendant<br>NETLIST, INC. |

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian M. Pruetz.

| | |
|---|---|
| Dated: March 2, 2010 | KING & SPALDING LLP |
| | By: /s/ Geoffrey M. Ezgar<br>    GEOFFREY M. EZGAR |
| | Attorneys for Defendant Google Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 4, 2010

_____
Saundra Brown Armstrong
United States District Judge