PRUETZ LAW GROUP LLP
Adrian M. Pruetz (Bar No. CA 118215)
E-mail: ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. CA 227712)
E-mail: ejpruetz@pruetzlaw.com
200 N. Sepulveda Blvd. Suite 1525
El Segundo, CA  90245
Telephone:  (310) 765-7650
Facsimile:  (310) 765-7641

LEE TRAN & LIANG APLC
Enoch H. Liang (Bar No. CA 212324)
E-mail: ehl@ltlcounsel.com
Steven R. Hansen (Bar No. CA 198401)
E-mail: srh@ltlcounsel.com
Edward S. Quon (Bar No. 214197)
E-mail: eq@ltlcounsel.com
601 S. Figueroa St., Suite 4025
Los Angeles, CA  90017
Telephone:  (213) 612-3737
Facsimile:  (213) 612-3773

Attorneys for Defendant and Counterclaimant
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NETLIST, INC., <br><br> Defendant. | Case No.: D-08-04144 (SBA) <br><br> **ORDER GRANTING NETLIST'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF EXHIBIT "J" TO THE DECLARATION OF STEVEN R. HANSEN IN SUPPORT OF NETLIST'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS UNDER SEAL** <br><br> HEARING ON MOTION <br> DATE:   MAY 4, 2010 <br> TIME:   1:00 P.M. <br> PLACE: COURTROOM 1 |
| AND RELATED COUNTERCLAIMS. | |

[PROPOSED] ORDER GRANTING NETLIST'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING NETLIST'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

## APPLICATION TO FILE UNDER SEAL

Defendant and Counterclaimant Netlist Inc. ("Netlist") has submitted an administrative motion to seal the Confidential Attorneys-Eyes Only Claim Chart attached to Netlist's Second Amended Declaration of Asserted Claims and Infringement Contentions as exhibit "A" (Exhibit "J" to the Declaration of Steven R. Hansen In Support of Netlist's Motion for Leave to Amend Infringement Contentions).

Having reviewed the motion, declaration, and the record herein, and for good cause appearing therefore, the Court ORDERS that the Claim Chart attached to Netlist's Second Amended Declaration of Asserted Claims and Infringement Contentions as exhibit "A" (Exhibit "J" to the Declaration of Steven R. Hansen In Support of Netlist's Motion for Leave to Amend Infringement Contentions) be filed under seal.

IT IS SO ORDERED

DATED:  4/14/10

_____
Hon. Saundra B. Armstrong
UNITED STATES DISTRICT COURT JUDGE