1  TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
   GEOFFREY M. EZGAR (SBN 184243/ gezgar@kslaw.com)
2  LEO SPOONER III (SBN 241541/lspooner@kslaw.com)
   KING & SPALDING LLP
3  333 Twin Dolphin Drive, Suite 400
   Redwood Shores, CA 94065
4  Telephone:  (650) 590-0700
   Facsimile:   (650) 590-1900
5
   SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
6  ROBERT F. PERRY (rperry@kslaw.com)
   ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com)
7  DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)
   SUSAN KIM (*pro hac vice*/skim@kslaw.com)
8  MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
   KING & SPALDING LLP
9  1185 Avenue of the Americas
   New York, NY 10036-4003
10 Telephone:  (212) 556-2100
   Facsimile:   (212) 556-2222
11
12 Attorneys for Plaintiff
   GOOGLE INC.
13

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NETLIST, INC.,<br><br>    Defendant. | Case No. 08-04144 SBA<br>[Related to Case No: C09-05718 SBA]<br><br>**ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE A PORTION OF ITS OPPOSITION TO NETLIST'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS, AND CERTAIN EXHIBITS TO THE DECLARATION OF ALLISON ALTERSOHN, UNDER SEAL** |

1    **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

2    Plaintiff and Counter-Defendant Google Inc. ("Google") has submitted an administrative
3    motion to pursuant to Civil Local Rules 7-11 and 79-5 to seal: (i) Plaintiff's Opposition to
4    Defendant Netlist Inc.'s Motion for Leave to Amend Infringement Contentions (Patent L.R. 3-1
5    and 3-6), and (ii) the Confidential Attorneys-Eyes Only Exhibits 1-4, 8-10, and 12 to the
6    Declaration of Allison Altersohn.
7    Having reviewed the motion, declaration, and the record herein, and for good cause
8    appearing therefore, the Court ORDERS that the documents referred to above be filed under seal.

10   IT IS SO ORDERED

12   Dated: 5/3/10

14   _____
15   Hon. Saundra B. Armstrong
     UNITED STATES DISTRICT COURT JUDGE