PRUETZ LAW GROUP LLP
Adrian M. Pruetz (Bar No. CA 118215)
E-mail: ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. CA 227712)
E-mail: ejpruetz@pruetzlaw.com
200 N. Sepulveda Blvd. Suite 1525
El Segundo, CA 90245
Telephone: (310) 765-7650
Facsimile: (310) 765-7641

LEE TRAN & LIANG APLC
Enoch H. Liang (Bar No. CA 212324)
E-mail: ehl@ltlcounsel.com
Steven R. Hansen (Bar No. CA 198401)
E-mail: srh@ltlcounsel.com
Edward S. Quon (Bar No. 214197)
E-mail: eq@ltlcounsel.com
601 S. Figueroa St., Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

Attorneys for Defendant and Counterclaimant
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE, INC., | CASE NO. C-08-04144 SBA |
| Plaintiff, | [Related to CASE NO. C-09-05718 SBA] |
| vs. | **[PROPOSED] ORDER GRANTING NETLIST'S ADMINISTRATIVE MOTION TO FILE NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON GOOGLE'S AFFIRMATIVE DEFENSES BASED ON NETLIST'S JEDEC ACTIVITIES AND RELATED EXHIBITS TO THE DECLARATION OF STEVEN R. HANSEN IN SUPPORT THEREOF UNDER SEAL** |
| NETLIST, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | Date: July 27, 2010<br>Time: 1:00 p.m.<br>Place: Courtroom 3<br>Judge: Hon. Saundra Brown Armstrong |

Defendant and counterclaimant Netlist, Inc. ("Netlist") has submitted an administrative motion to seal its Notice of Motion and Motion for Summary Judgment on Google's Affirmative Defenses Based on Netlist's JEDEC Activities and Exhibits B, C, D, E, and G to the Declaration of Steven R. Hansen in support thereof.

Having reviewed the motion, declaration, and the record herein, and for good cause appearing therefor, the Court ORDERS that Netlist's Notice of Motion and Motion for Summary Judgment on Google's Affirmative Defenses Based on Netlist's JEDEC Activities and Exhibits B, C, D, E, and G to the Declaration of Steven R. Hansen in support thereof be filed under seal.

**IT IS SO ORDERED.**

Dated: 6/3/10

*Saundra B Armstrong*
Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER ON NETLIST'S ADMINISTRATIVE MOTION TO FILE MSJ RE: JEDEC ACTIVITIES UNDER SEAL– C-08-04144 SBA