TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (SBN 184243/ gezgar@kslaw.com)
LEO SPOONER III (SBN 241541/lspooner@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone:  (650) 590-0700
Facsimile:   (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com)
SUSAN KIM (*pro hac vice*/skim@kslaw.com)
DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC.<br><br>Plaintiff,<br><br>v.<br><br>NETLIST, INC.,<br><br>Defendant. | Civil Action No. C08 04144 SBA<br><br>[Related to Civil Action No. C09-05718 SBA]<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING GOOGLE INC.'S OPPOSITION TO NETLIST, INC.'S MOTION FOR SUMMARY JUDGMENT ON GOOGLE'S AFFIRMATIVE DEFENSES BASED ON NETLIST'S JEDEC ACTIVITIES AND RELATED EXHIBITS UNDER SEAL**<br><br>Date:  July 27, 2010<br>Time:  1:00pm<br>Place:  Courtroom 3<br>Judge: Hon. Saundra Brown Armstrong |

Paragraph 26 of the Court's Second Amended Protective Order, dated March 5, 2010 (Docket No. 108), requires the parties to file under seal all "transcripts of deposition, exhibits, answers to interrogatories, pleadings, briefs, and other documents submitted to the Court that have been designated as Protected Information or which contain information so designated." *Google Inc.'s Opposition to Netlist, Inc.'s Motion for Summary Judgment on Google's Affirmative Defenses Based on Netlist's JEDEC Activities* ("Google's Opposition") includes information designated by Google, Netlist, NEC, and IDT as Protected Information under the terms of the Second Amended Protective Order.  The information includes excerpts of exhibits and deposition transcripts that have been so designated.  Therefore, Google is obligated to file Google's Opposition and Exhibits A, D, F-K, M-P, R-AA, and DD-FF to the Declaration of Scott T. Weingaertner in support thereof under seal.

Accordingly, **IT IS HEREBY STIPULATED BY THE PARTIES**, by and through their counsel of record, that Google's Opposition and Exhibits A, D, F-K, M-P, R-AA, and DD-FF to the Declaration of Scott T. Weingaertner in support thereof be under seal.

DATED:  June 25, 2010                **KING & SPALDING LLP**

By:  /s/ *Geoffrey M. Ezgar* _____
    Geoffrey M. Ezgar

*Attorneys for Plaintiff*
GOOGLE INC.

DATED:  June 25, 2010                **LEE TRAN & LIANG, APLC**

By:  /s/ *Steven R. Hansen* _____
    Steven R. Hansen

*Attorneys for Defendant*
NETLIST, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  6/28/10                             _____
                                            Hon. Saundra B. Armstrong
                                            UNITED STATES DISTRICT JUDGE

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Steven R. Hansen.

DATED:  June 25, 2010                    **KING & SPALDING LLP**

                                         By:  /s/ *Geoffrey M. Ezgar* _____
                                              Geoffrey M. Ezgar

                                              *Attorneys for Plaintiff*
                                              GOOGLE INC.