PRUETZ LAW GROUP LLP
Adrian M. Pruetz (Bar No. CA 118215/ampruetz@pruetzlaw.com)
Erica J. Pruetz (Bar No. CA 227712/ejpruetz@pruetzlaw.com)
200 N. Sepulveda Blvd. Suite 1525
El Segundo, CA  90245
Telephone:  (310) 765-7650
Facsimile:  (310) 765-7641

LEE TRAN & LIANG APLC
Enoch H. Liang (Bar No. CA 212324/ehl@ltlcounsel.com)
Steven R. Hansen (Bar No. CA 198401/srh@ltlcounsel.com)
Edward S. Quon (Bar No. 214197/eq@ltlcounsel.com)
601 S. Figueroa St., Suite 4025
Los Angeles, CA  90017
Telephone:  (213) 612-3737
Facsimile:  (213) 612-3773

Attorneys for Defendant and Counterclaimant
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>NETLIST, INC.,<br><br>        Defendant.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C-08-04144 SBA<br><br>[Related to CASE NO. C-09-05718 SBA]<br><br>**JOINT STIPULATION AND  ORDER RE FILING NETLIST, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND IN OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND RELATED EXHIBITS UNDER SEAL**<br><br>Date:    July 27, 2010<br>Time:    1:00 p.m.<br>Place:   Courtroom 3<br>Judge:  Hon. Saundra Brown Armstrong |

1    Paragraph 26 of the Court's Second Amended Protective Order, dated March 5, 2010

2  (Docket No. 108) requires the parties to file under seal all "transcripts of depositions, exhibits,

3  answers to interrogatories, pleadings, briefs, and other documents submitted to the Court that

4  have been designated as Protected Information or which contain information so designated."

5  Netlist, Inc.'s Reply in Support of Its Motion for Summary Judgment of Infringement and in

6  Opposition to Google's Motion for Summary Judgment of Non-Infringement ("Netlist's Reply

7  Brief") includes information designated by Google, Inc. and third parties IDT and NEC as

8  Protected Information under the terms of the Second Amended Protective Order.  The

9  information includes excerpts of exhibits and deposition transcripts that have been so designated.

10  Therefore, Netlist is obligated to file its Reply Brief and Exhibits 1 and 5 to the Declaration of

11  Steven R. Hansen in support thereof ("Hansen Reply Dec.") under seal.

12      Accordingly, **IT IS HEREBY STIPULATED BY THE PARTIES,** by and through their

13  counsel of record, that Netlist's Reply Brief and Exhibits 1 and 5 to the Declaration of Steven R.

14  Hansen in support thereof be filed under seal.

15

16  Dated:    July 6, 2010          LEE TRAN & LIANG, APLC

17                        By:  /s/ Steven R. Hansen_____

18                           Steven R. Hansen
                           *Attorneys for Defendant and Counterclaimant*
19                           NETLIST, INC.

20  Dated:    July 6, 2010          LEE TRAN & LIANG, APLC

21

22                        By:  /s/ Robert F. Perry_____
                           Robert F. Perry
23                           *Attorneys for Plaintiff and Counterdefendant*
                           GOOGLE, INC.

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  Dated:  7/8/10

27                          Hon. Saundra B. Armstrong

28                        UNITED STATES DISTRICT JUDGE

1

1

## <u>DECLARATION OF CONSENT</u>

2

3          Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

4   penalty of perjury that concurrence in the filing of this document has been obtained from Robert

5   F. Perry.

6   Dated:    July 6, 2010                    LEE TRAN & LIANG, APLC

7

8                                            By:  /s/ Steven R. Hansen_____

9                                               Steven R. Hansen
                                               *Attorneys for Defendant and Counterclaimant*
10                                              NETLIST, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP AND [PROPOSED] ORDER RE FILING NETLIST'S REPLY UNDER SEAL – C-08-04144 SBA