TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (pro hac vice/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (pro hac vice/aaltersohn@kslaw.com)
SUSAN KIM (pro hac vice/skim@kslaw.com)
MARK H. FRANCIS (pro hac vice/mfrancis@kslaw.com)
DANIEL MILLER (pro hac vice/dmiller@kslaw.com)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Plaintiff, GOOGLE INC.

Adrian M. Pruetz (CA Bar No. 118215/ampruetz@pruetzlaw.com)
Erica J. Pruetz (CA Bar No. 227712/ejpruetz@pruetzlaw.com)
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California  90245
Telephone: 310.765.7650
Facsimile: 310.765.7641

Steven R. Hansen (CA Bar No. 198401/srh@ltlcounsel.com)
Enoch H. Liang (CA Bar No. 212324/ehl@ltlcounsel.com)
LEE, TRAN & LIANG APLC
601 S. Figueroa St., Ste. 4025
Los Angeles, California  90017
Telephone: 213.612.3737
Facsimile: 213.612.3773

Attorneys for Defendant, NETLIST, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GOOGLE INC., | Case No.     08-04144 SBA |
| Plaintiff, | [Related to Case No.: 09-05718 SBA] |
| v. | **STIPULATION AND  ORDER REGARDING CANCELLATION OF AUGUST 3, 2010 MANDATORY SETTLEMENT CONFERENCE (DKT. 80)** |
| NETLIST, INC., | |
| Defendant. | |

WHEREAS, during the Case Management Conference held on November 12, 2009, the

1  Court ordered that this case be referred to a Magistrate Judge for a mandatory settlement
2  conference to be held in August 2010 (D.I. 78);
3        WHEREAS, on November 13, 2009, the Court referred this case to Chief Magistrate
4  Judge Maria-Elena James for settlement.  A mandatory settlement conference was scheduled to
5  take place before Judge James on August 3, 2010 at 10:00 a.m. in Judge James' Chambers,
6  located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California
7  94102 (D.I. 80);
8        WHEREAS, on February 2, 2010 the Court issued an Order Denying Joint Motion to
9  Consolidate (D.I. 95), wherein the Court required the parties to file a joint statement and proposed
10 order specifying whether they preferred to have both Google Inc. v. Netlist, Inc. Case No. 08-
11 4144, and Netlist, Inc. v. Google Inc., Case No. 09-5718 ("the Cases") referred to a Magistrate
12 Judge for an early settlement conference or proceed before a private mediator;
13       WHEREAS, Plaintiff Google Inc. ("Google") and Defendant Netlist, Inc. ("Netlist") met
14 and conferred on the issue and filed a notice on March 2, 2010 indicating their election to have
15 the Cases referred to Magistrate Judge Elizabeth D. Laporte for an early settlement conference
16 (D.I. 107);
17       WHEREAS, on March 8, 2010, the Court referred the Cases to Magistrate Judge Laporte
18 for settlement.  A settlement conference was scheduled to take place before Judge Laporte on
19 April 30, 2010 at 9:30 a.m.  (D.I. 107) and in fact the conference went forward on that date but
20 the Cases did not settle;
21       WHEREAS, in view of the Court's referral of the Cases to Magistrate Judge Laporte for
22 settlement, and in further view of the settlement conference that already took place before Judge
23 Laporte on April 30, 2010, the parties agree that the mandatory settlement conference scheduled
24 for August 3, 2010 before Chief Magistrate Judge James should be canceled;
25       WHEREAS, the parties are not aware of the Court terminating the deadline for the August
26 3, 2010 mandatory settlement conference before Chief Magistrate Judge James and seek such an
27 Order from the Court;
28       WHEREAS, the parties met and conferred on this issue;
         IT IS HEREBY STIPULATED THAT:

1. The mandatory settlement conference scheduled for August 3, 2010 before Chief Magistrate Judge Maria-Elena James shall not take place.

Dated: July 21, 2010                                KING & SPALDING LLP


By: /s/ Geoffrey M. Ezgar
     GEOFFREY M. EZGAR

    Attorneys for Plaintiff
    GOOGLE INC.


Dated: July 21, 2010                                LEE, TRAN & LIANG APLC


By: /s/ Steven R. Hansen
     Steven R. Hansen

    Attorneys for Defendant
    NETLIST, INC.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Steven R. Hansen.

Dated: July 21, 2010                KING & SPALDING LLP

                                    By:  /s/ Geoffrey M. Ezgar
                                         GEOFFREY M. EZGAR

                                    Attorneys for Plaintiff
                                    GOOGLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July_22, 2010

                                    _____
                                    Saundra Brown Armstrong
                                    United States District Judge