SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
JOHN M. GUARAGNA, Bar No. 199277
john.guaragna@dlapiper.com
JOHN D. KINTON, Bar No. 203250
john.kinton@dlapiper.com
JESSE HINDMAN, Bar No. 222935
jesse.hindman@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Defendant
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NETLIST, INC.,<br><br>　　　　　Defendant. | Civil Action No. C08-04144 SBA<br><br>[Related to Civil Action No. C09-05718 SBA]<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION** |

## NOTICE OF SUBSTITUTION OF COUNSEL AND
## [PROPOSED] ORDER APPROVING SUBSTITUTION

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

Please take notice that defendant NETLIST, INC., hereby substitutes Sean C. Cunningham, John M. Guaragna, John D. Kinton and Jesse Hindman of the law firm of DLA Piper LLP (US) as attorneys of record in the place and stead of Adrian M. Pruetz and Erica J. Pruetz of Pruetz Law Group LLP, located at 200 N. Sepulveda Blvd., Suite 1525, El Segundo, CA 90245, and Enoch H. Liang and Steven R. Hansen of the law firm of Lee Tran & Liang APLC, located at 601 S. Figueroa Street, Suite 4025, Los Angeles, CA 90017.

Copies of all further notices, papers, pleadings, and orders filed or served upon plaintiff should be sent to the undersigned at:

>Sean C. Cunningham
>John D. Kinton
>Jesse Hindman
>DLA Piper LLP (US)
>401 B St., Suite 1700
>San Diego, CA 92101
>Telephone: (619) 699-2900
>Facsimile: (619) 699-2701
>sean.cunningham@dlapiper.com
>john.kinton@dlapiper.com
>jesse.hindman@dlapiper.com
>
>John M. Guaragna
>DLA Piper LLP (US)
>401 Congress Avenue, Suite 2500
>Austin, TX 78701-3799
>Telephone: (512) 457-7125
>Facsimile: (512) 721-2325
>john.guaragna@dlapiper.com

///

///

///

///

///

///

///

Defendant has been given proper notice pursuant to Civil L.R. 11-5 and further consents to the above substitution.

Dated: October 20, 2010

                NETLIST, INC.

                By /s/ Nickie Duong
                   NICKIE DUONG
                   Vice President and General Counsel

I have been given proper notice pursuant to Civil L.R. 11-5 and further consent to the above substitution.

Dated: October 20, 2010

                PRUETZ LAW GROUP, LLP

                By /s/ Adrian M. Pruetz
                   ADRIAN M. PRUETZ
                   ERICA J. PRUETZ

I have been given proper notice pursuant to Civil L.R. 11-5 and further consent to the above substitution.

Dated: October 20, 2010

                LEE, TRAN & LIANG APLC

                By /s/ Steven R. Hansen
                   ENOCH H. LIANG
                   STEVEN R. HANSEN

///
///
///
///
///
///

The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

Dated: October 20, 2010

                                               DLA PIPER LLP (US)

                                      By /s/ Sean C. Cunningham
                                           SEAN C. CUNNINGHAM
                                           JOHN M. GUARAGNA
                                           JOHN D. KINTON
                                           JESSE HINDMAN
                                           Attorneys for Defendant
                                           NETLIST, INC.

I hereby certify that Nickie Duong, Adrian M. Pruetz and Steven R. Hansen concur in the e-filing of this document and attest that I have on file original signatures for any signatures indicated by a conformed signature within this e-filed document.

Dated: October 20, 2010

                                               DLA PIPER LLP (US)

                                           By /s/ Sean C. Cunningham
                                           SEAN C. CUNNINGHAM

[Proposed] Order

The Court hereby approves the substitution of Sean C. Cunningham, John M. Guaragna, John D. Kinton and Jesse Hindman of the law firm of DLA Piper LLP (US) as counsel for Defendant in the place and stead of Adrian M. Pruetz and Erica J. Pruetz of Pruetz Law Group LLP, located at 200 N. Sepulveda Blvd., Suite 1525, El Segundo, CA 90245, and Enoch H. Liang and Steven R. Hansen of the law firm of Lee Tran & Liang APLC, located at 601 S. Figueroa Street, Suite 4025, Los Angeles, CA 90017.

Copies of all further notices, papers, pleading, and order filed or served upon plaintiff, should be sent to:

Sean C. Cunningham
John D. Kinton
Jesse Hindman
DLA Piper LLP (US)
401 B St., Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2900
Facsimile: (619) 699-2701
sean.cunningham@dlapiper.com
john.kinton@dlapiper.com
jesse.hindman@dlapiper.com

John M. Guaragna
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7125
Facsimile: (512) 721-2325
john.guaragna@dlapiper.com

Dated: October 26, 2010

_____
HON. SAUNDRA B. ARMSTRONG
Judge of the District Court