FILED

2012 AUG 20 PM 1:59

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  OAKLAND DIVISION
11
12  GOOGLE, INC.,  | Case No. C08-04144 SBA
13           Plaintiff,  | [Related to Civil Action No. C09-05718 SBA]
14      v.  | [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF COUNSEL
15  NETLIST, INC.,
16           Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
C08-04144 SBA
sd-598162

1  The court hereby approves the substitution of David C. Doyle and Eric M. Acker of the
2  law firm Morrison & Foerster LLP as counsel for Defendant in the place and stead of Sean C.
3  Cunningham, John D. Kinton and Jesse Hindman of the law firm DLA Piper LLP (US), located at
4  401 B. Street, Suite 1700, San Diego, CA 92101, and John M. Guaragna of the law firm DLA
5  Piper LLP (US), located at 401 Congress Avenue, Suite 2500, Austin, TX 78701-3799.
6  Copies of all further notices, papers, pleadings, and orders filed or served upon Defendant
7  should be sent to the undersigned at:

DAVID C. DOYLE (CA SBN 70690)
DDoyle@mofo.com
ERIC M. ACKER (CA SBN 135805)
EAcker@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Dated: August 17, 2012

_____
HON. SAUNDRA B. ARMSTRONG
Judge of the District Court

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
C08-04144 SBA
sd-598162

1